[Decided January 21, 1887.]

## AUSTIN ZENKNER *v.* NORTHERN PACIFIC RAILROAD COMPANY.

APPEAL ACT OF 1883 — STATEMENT OF FACTS. — Unless the statement of facts provided by the appeal act of 1883 is certified by the judge to contain all the material facts in the cause, the same will be stricken from the cause.

ERROR to the District Court holding terms at Olympia. Second District.

Motion to strike statement of facts.

*Messrs. McNaught, Ferry, McNaught, & Mitchell,* for the Defendants in Error, in favor of the motion.

*Mr. P. P. Carroll,* for the Plaintiff in Error, *contra.*

Mr. Chief Justice GREENE delivered the opinion of the court.

The principles decisive of the case of *Mulkey* v. *Mc-Grew*, 2 Wash. 259, 262, are decisive also of this motion to strike. A mass of paper writing purporting to be a statement of facts under the appeal act of 1883 is here, but it is not certified as required by that act, and there is nothing to assure us that it contains "all the material facts in the case." It is a superfluity. Appearance would not waive the right to object to it.

The motion to strike it from the cause is granted.

Langford, J., and Turner, J., concurred.